UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Nationstar Mortgage LLC
    Plaintiff

vs.

Parris A. Sheperd Pitts
    Defendant

Five County Credit Union
    Parties-In-Interest

CIVIL ACTION NO: 2:16-cv-00437-JAW

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on November 6, 2017. Plaintiff, Nationstar Mortgage LLC, was present and represented by John A. Doonan, Esq. Defendant, Parris A. Sheperd Pitts, appeared *pro se*. Party-in-Interest, Five County Credit Union, did not appear. Nine (9) exhibits were introduced into evidence.

Just prior to the November 6, 2017, hearing, the parties notified the Court that they had reached a resolution to the case and that Ms. Sheperd Pitts consented to the entry of judgment on Count I of the Complaint. The Court inquired as to both Nationstar Mortgage LLC and Ms. Sheperd Pitts as to the terms of the consented to judgment. The terms of the consented to judgment, which the Court accepts and reduces to judgment, are as follows: **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED by consent** as follows:

1. If the Defendant or her heirs or assigns pays Nationstar Mortgage LLC ("Nationstar") the amount adjudged due and owing ($209,035.59) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Nationstar shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

2. If the Defendant or her heirs or assigns does not pay Nationstar the amount adjudged due and owing ($209,035.59) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the Livermore Falls Property shall terminate, Nationstar shall conduct a public sale of the Livermore Falls Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $209,035.59 after deducting the expenses of the sale, with any surplus to be

disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $209,035.59.

5. The priority of interests is as follows:

   a) Nationstar Mortgage LLC has first priority, in the amount of $209,035.59, pursuant to the subject Note and Mortgage.

   b) Five County Credit Union has the second priority behind the Plaintiff pursuant to a Writ of Execution dated April 20, 2016, in the amount of $434.70, and recorded in the Androscoggin County Registry of Deeds in Book 9349, page 310.

   c) Parris A. Sheperd Pitts has the third priority behind the Plaintiff.

6. No public utility easements survive the foreclosure.

7. The prejudgment interest rate is 4.375%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.65%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Nationstar Mortgage LLC | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Parris A. Sheperd Pitts<br>672 Park Street<br>Livermore Falls, ME 04254 | Pro Se |
| PARTIES-IN-INTEREST | Five County Credit Union<br>ATTN: Richard B. Dupuis<br>765 Washington Street<br>Bath, ME 04530 | Pro Se |

a) The docket number of this case is No. 2:16-cv-00437-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 672 Park Street, Livermore Falls, ME 04254, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 672 Park Street, Livermore Falls, ME 04254. The Mortgage was executed by the Defendant on September 30, 2011. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 8249, Page 184.

e) **This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 672 Park Street, Livermore Falls, ME 04254.**

**SO ORDERED.**

**DATED THIS 6th DAY OF February, 2018**     /s/ John A. Woodcock, Jr.
                                              **John A. Woodcock, Jr.**
                                              **United States District Judge**